**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 20-24546-CIV-WILLIAMS

4649 NW STREET LLC,

    Plaintiff,

vs.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's report and recommendation on Plaintiff's motion to remand (the "Report"). (DE 20). No objections to the Report were filed. Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 20) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's motion to remand (DE 11) is **DENIED.**

**DONE AND ORDERED** in Chambers in Miami, Florida, this 9th day of March, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE